**STATE of Missouri, Respondent,**

v.

**Charles WRIGHT, Appellant.**

**Charles WRIGHT, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 65227, 68094.

Missouri Court of Appeals,
Eastern District,
Division One.

March 26, 1996.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and
CRANDALL and KAROHL, JJ.

### ORDER

PER CURIAM.

Defendant appeals from the judgments of conviction, after a jury trial, for burglary in the second degree, § 569.170 RSMo1986, and felony stealing, § 570.030 RSMo1986. He was sentenced by the court as a class X offender to consecutive sentences of twelve years on each charge. Defendant also appeals denial, after an evidentiary hearing, of his Rule 29.15 motion for post conviction relief. We affirm.

We have reviewed the record consisting of the legal file and transcripts for both appeals and find the claims of error are without merit; we find no prejudicial error and the findings and judgment of the motion court are not clearly erroneous. An extended opinion would have no precedential value nor serve any jurisprudential purpose. We affirm the judgments pursuant to Rules 30.25(b) and 84.16(b).